## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  November 12, 2015          520607
_____

In the Matter of SHIRWYN
    JOSEPH,
                        Petitioner,

        v                                MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____


Calendar Date:   September 22, 2015

Before:  Lahtinen, J.P., McCarthy, Egan Jr. and Clark, JJ.

                        _____


        Shirwyn Joseph, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Petitioner was charged in a misbehavior report with drug
use after his urine twice tested positive for the presence of
buprenorphine.  Following a tier III disciplinary hearing,
petitioner was found guilty and that determination was affirmed
upon administrative appeal.  This CPLR article 78 proceeding
ensued.

We confirm.  The misbehavior report, positive urinalysis test results, related documentation and testimony at the hearing provide substantial evidence to support the determination of guilt (see Matter of Paddyfote v Fischer, 118 AD3d 1240, 1241 [2014]; Matter of Cane v Fischer, 115 AD3d 1097, 1098 [2014]). Petitioner's claim that prescribed medication caused the positive test results was contradicted by testimony from the correction officer who testified that the medication was not denoted on the manufacturer's reactivity list of medications that would cause a false positive, thus creating a credibility issue for the Hearing Officer to resolve (see Matter of Curry v Fischer, 93 AD3d 984, 984 [2012]; Matter of Conway v Commissioner of Dept. of Correctional Servs., 278 AD2d 636, 637 [2000]).  Petitioner's procedural challenges were not raised at the hearing and, therefore, are not preserved for our review.

Lahtinen, J.P., McCarthy, Egan Jr. and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court